UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I __Graig P. Corveleyn, Esq._____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Sterns & Weinroth, A Professional Corporation

50 West State Street, Suite 1400

Trenton, NJ 08607-1298

Office Telephone:   609-989-5031

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Commonwealth of Pennsylvania - November 3, 2004

District Court for the Eastern District of Pennsylvania - June 2005

State of New Jersey - November 2004   District Court for the Dist. of New Jersey - Nov. 2004

My attorney Identification number is: 93650

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
____U.S. DISTRICT JUDGE   ____U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____   Date: _____
____U.S. DISTRICT JUDGE   ____U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)
none.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)
none.
I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: ____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __X__, LR 83.8.2.2 ____, LR 83.8.2.3 ____, or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am a member of the bar in good standing in the Commonwealth of Pennsylvania and I

am not subject to any pending disciplinary proceedings in any jurisdiction.

NAME THE PARTY YOU REPRESENT:

National Auto Dealers Exchange, L.P. t/a Manheim New York Metro Skyline &

Manheim Automotive Financial Services, Inc.

If special admission is requested for a particular case, please list case number and caption:

Case # 09-cv-2262

Caption # National Auto Dealers Exchange, L.P. t/a Manheim New York Metro Skyline & Manheim Automotive Financial Services, Inc. v. Salvatore Costa, Teresa Costa & Salvatore Costa d/b/a Salvatore Costa Used Cars.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Robert Kidwell, Esq. - Newman Williams Mishkin Corveleyn Wolfe & Ferari, PC

    712 Monroe Street, Stroudsburg PA 18360

    PA Bar ID # 206555

    570-421-9090

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

    PETITIONER

    #93650
    (Bar Identification Number)
    November 17, 2009
    (Date)

NAME OF PETITIONER    Graig P. Corveleyn